**IT IS ORDERED as set forth below:**

**Date: May 6, 2026**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Sonia Boyd Perkins ) | |
| ) | |
| Debtor(s). ) | |
| ) | CASE NO. 26-54937-sms |
| ) | CHAPTER 13 |
| ) | |
| Progress Residential Borrower 23, LLC ) | Judge Sage M. Sigler |
| ) | |
| Movant. ) | |
| ) | CONTESTED MATTER |
| V. ) | |
| ) | |
| Sonia Boyd Perkins, Debtor(s); and ) | |
| ) | |
| K. Edward Safir, Trustee ) | |
| ) | |
| Respondents. ) | |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On April 17, 2026, Progress Residential Borrower 23, LLC (hereinafter, "Movant") filed

a Motion For Relief From Automatic Stay (Doc. No. 15) (the "Motion"). The Motion concerns

rented real property known as 1568 Sooner Court, Lawrenceville, GA 30045 (the "Property"). A

1

hearing on said Motion was heard on May 5, 2026, upon notice Movant contends was proper. No response or objection to the Motion was announced by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by the Debtor or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ ___Albert C. Guthrie (w/ exp perm)_
Albert C. Guthrie
GA BAR NO. 142399
Office of K. Edward Safir
Suite 1600, 285 Peachtree Center Ave. NE
Atlanta, GA 30303
Email: orders@atlch13tt.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Rushi D. Patel
THE PATEL LAW GROUP, LLC
Ste 125
1513 Johnson Ferry Rd
Marietta, GA 30062

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600, 285 Peachtree Center Ave. NE
Atlanta, GA 30303

Sonia Boyd Perkins, Debtor
1568 Sooner Court
Lawrenceville, GA 30045

3

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                          Case No. 26-54937-sms

Sonia Boyd Perkins                                                              Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: May 06, 2026 | Form ID: pdf401 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

**Recip ID              Recipient Name and Address**
db                 +   Sonia Boyd Perkins, 1568 Sooner Ct, Lawrenceville, GA 30045-6616

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | May 06 2026 21:08:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

K. Edward Safir
                                info@atlch13tt.com

Matthew Franklin Totten
                                on behalf of Creditor Progress Residential Borrower 23  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Rushi D. Patel
                                on behalf of Debtor Sonia Boyd Perkins rdp@patel-legal.com  R41576@notify.bestcase.com

TOTAL: 3