UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: SONIA BOYD PERKINS     {    CHAPTER 13

                {

    DEBTOR         {

                {    CASE NO. A26-54937-SMS

                {

                {    JUDGE SIGLER

## OBJECTION TO CONFIRMATION

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE, herein, and objects to Confirmation of the plan for the following reasons:

1. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. § 1322(d). (106 months).

2. The Debtor(s)' payments under the proposed plan are not current.

3. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. § 521(e)(2)(A)(i). Therefore, the Trustee requires that the

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

1.

Debtor(s)provide the Trustee with a sworn statement by the Debtor(s), in addition to the tax return, which states that the tax return provided is a true copy of the most recent tax return filed.

4. The schedules provide that Rockdale County has a domestic support obligation claim(s); however, the Chapter 13 Plan fails to provide for said creditor(s) in violation of 11 U.S.C. § 1322.

5. Debtor has failed to file tax returns with the tax authorities for the four (4) year period prior to filing in violation of 11 U.S.C. § 1308.

6. Pursuant to information received at the meeting of creditors, 2021 through 2025 tax returns have not been filed, in violation of 11 U.S.C. §§ 1308(a) and 1325(a)(9).

7. The Debtor has a domestic support obligation.  Prior to confirmation the Debtor must provide to the Trustee evidence that all payments that have come due since the filing of the petition have been maintained.  11 U.S.C. § 1325(a)(8).

8. The Chapter 13 budget fails to include expenses for $250.00 monthly for child support; thereby, possibly rendering the proposed Chapter 13 plan payment to be infeasible, in violation of 11 U.S.C. § 1325(a)(6).

9. The Debtor(s) has failed to fund post-petition child support installments, in violation of 11 U.S.C. § 1325(a)(8).

10. The Debtor(s)' Chapter 13 plan fails to provide for an increase in payments when direct payments at $250.00 per month for child support end in approximately November 2026, in violation of 11 U.S.C. §§ 1325(a)(3) and 1325(b)(2)(A).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

2.

11. The Debtor(s)' plan does not provide for payment of all of the Debtor(s)' disposable income to the Trustee for thirty-six (36) or more months as required by 11 U.S.C. § 1325(b)(1)(B).

12. Due to a change in circumstances since filing, Schedules I and J do not correctly reflect the current financial situation, preventing the Trustee from evaluating feasibility. 11 U.S.C. § 1325(a)(6); specifically, the debtor testified that she is moving.

13. Pursuant to information received from the Internal Revenue Service, 2022 through 2025 tax returns have not been filed, in violation of 11 U.S.C. §§ 1308(a) and 1325(a)(9).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

_____/s/_____

Albert C. Guthrie, Attorney
for the Chapter 13 Trustee
GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

3.

A26-54937-SMS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

THE PATEL LAW GROUP LLC

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

SONIA BOYD PERKINS
1568 SOONER CT
LAWRENCEVILLE, GA 30045

This 29th day of May, 2026

Respectfully submitted,


_____/s/_____
Albert C. Guthrie, Attorney
for the Chapter 13 Trustee
GA Bar No. 142399


K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

4.