IN THE UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          |
                                                |
SONIA BOYD PERKINS,                             |            CASE NO. 26-54937-SMS
                                                |
                    Debtor.                     |            CHAPTER 13

### AFFIDAVIT OF DEBTOR

I, the undersigned, hereby swear and affirm to the best of my knowledge, information and

belief that:

For the tax years 2022-2025, I did not receive any taxable income; therefore, I am not

required to file tax returns for 2022-2025.

Date Executed: June 18, 2026

_____/S/
Sonia Boyd Perkins

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§152 and 3571.

IN THE UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                      |
                                            |
SONIA BOYD PERKINS,                         |            CASE NO. 26-54937-SMS
                                            |
                    Debtor.                 |            CHAPTER 13

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than eighteen years of age, and that on this day I served a copy of the within Tax Affidavit together with a copy of the foregoing Notice upon the following by depositing a copy of same in the United States Mail with sufficient postage, or as otherwise noted, thereon to ensure delivery to:

Debtor: Sonia Boyd Perkins, 1568 Sooner Ct, Lawrenceville, GA 30045

Notice of Electronic Filing (NEF):

K. Edward Safir, Trustee

Regular First-Class Mail:

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Department of Justice
Tax Division
Attn: Chief, Civil Trial section
Southern Regional
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044

U.S. Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Building
75 Ted Turner Dr SW
Atlanta, GA 30303

Todd Blanche, US Attorney General
Main Justice Building
10th & Constitution Avenue
Washington, DC, 20530

Georgia Dept. of Rev.
Compl. Div. - ARCS Bankruptcy
1800 Century Blvd NE, Ste 9100
Atlanta GA 30345-0000

Georgia Department of Revenue
Attn: David Burge, Revenue Commissioner
1800 Century Blvd. NE
Atlanta, GA 30345-3205

Office of the Attorney General
Attn: Christopher M. Carr
40 Capitol Square, SW
Atlanta, GA 30334

Dated: June 18, 2026                    **THE PATEL LAW GROUP, LLC**

                                        /s/_____
                                        Rushi Patel, Attorney for Debtor
                                        Georgia Bar No. 791855
                                        1513 Johnson Ferry Rd, Ste 125
                                        Marietta. GA 30062
                                        (404) 490-2998
                                        rdp@patel-legal.com