IN THE UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                 |

SONIA BOYD PERKINS,      |       CASE NO. 26-54937-SMS

        Debtor.      |       CHAPTER 13

**CERTIFICATION REGARDING REVIEW OF PROOFS OF CLAIM**

COMES NOW THE PATEL LAW GROUP, LLC, counsel of record for the Debtor in the above styled Chapter 13 case, and files this Certification Regarding Review of Proofs of Claim pursuant to the applicable General Order and shows this Honorable Court the following:

1.

Debtor filed the instant Chapter 13 proceeding on April 13, 2026. The Chapter 13 Plan was confirmed on June 30, 2026.

2.

The deadline for filing Proofs of Claim for Creditors other than a governmental unit was June 22, 2026. The deadline for filing Proofs of Claim for governmental units is October 13, 2026.

3.

I hereby certify that the following tasks have been performed on behalf of the Debtor in this case:

(a) All filed Proofs of Claim have been reviewed to determine their validity and to ensure proper treatment by the Chapter 13 Trustee.

(b) Prepared, filed and served objections to improper or invalid claims.

(c) Filed claims or taken steps to ensure claims are filed within 30 days of the Bar Date for Creditors who fail to file claims when such failure will adversely affect Debtor's case or

its successful completion and discharge or such failure will adversely affect Debtor after case completion and discharge.

4.

Actions deemed appropriate have been taken. Pursuant to the applicable General Order, Debtor's counsel has satisfied this requirement.

Respectfully Submitted by:

Dated: July 22, 2026

**THE PATEL LAW GROUP, LLC**

/s/_____
Rushi Patel, Attorney for Debtor
Georgia Bar No. 791855
1513 Johnson Ferry Rd, Ste 125
Marietta. GA 30062
(404) 490-2998
rdp@patel-legal.com

IN THE UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                        |
                                              |
SONIA BOYD PERKINS,                           |              CASE NO. 26-54937-SMS
                                              |
                    Debtor.                   |              CHAPTER 13

### CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than eighteen years of age, and that on this day I served a copy of the within Certification Regarding Review of Proofs of Claim together with a copy of the foregoing Notice upon the following by depositing a copy of same in the United States Mail with sufficient postage, or as otherwise noted, thereon to ensure delivery to:

Debtor: Sonia Boyd Perkins, 1568 Sooner Ct, Lawrenceville, GA 30045

Notice of Electronic Filing (NEF):

K. Edward Safir, Chapter 13 Trustee

Dated: July 22, 2026                          THE PATEL LAW GROUP, LLC

                                              /s/_____
                                              Rushi Patel, Attorney for Debtor
                                              Georgia Bar No. 791855
                                              1513 Johnson Ferry Rd, Ste 125
                                              Marietta. GA 30062
                                              (404) 490-2998
                                              rdp@patel-legal.com